# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO: 18-20202-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NICOLE ARANA.

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Magistrate Judge McAliley's Report and Recommendation on Change of Plea [D.E. 32], which was issued on June 15, 2018. In the Report and Recommendation, Magistrate Judge McAliley recommends that the Defendant, Nicole Arana, be found to have freely and voluntarily entered a plea of guilty to Count 1 of the Indictment, which charges Defendant with conspiracy to commit access device fraud, in violation of Title 18, United States Code, Section 1029(b)(2); Count 2, which charges Defendant with use of one or more unauthorized access devices, in violation of Title 18, United States Code, Section 1029(a)(2); and Count 3, which charges Defendant with aggravated identity theft, in violation of Title 18, United States Code, Section 1028A(a)(1). Magistrate Judge McAliley recommends that the Defendant's guilty plea be accepted, that the Defendant be adjudicated guilty of the offense to which the plea of guilty has been entered, and that a sentencing hearing be conducted for final disposition of this matter. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, but none were filed. Accordingly, having reviewed the record *de novo*, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge McAliley's Report and Recommendation on Change of Plea [D.E. 302] is adopted and approved in its entirety. The Defendant's guilty plea is accepted, and he is adjudged guilty of Counts 1, 2, and 3 of the Indictment. A sentencing hearing will be held before the Honorable Paul C. Huck, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida, on **Monday, August 27, 2018, at 9:00 A.M.**

**DONE AND ORDERED** in Chambers in Miami, Florida, on July 3, 2018.

Paul C. Huck
United States District Judge

**Copies provided to:**
Counsel of Record
U.S. Pretrial Services